UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20CR531 HEA |
| | ) |
| LARRY VAUGHN RICHARDSON, | ) |
| | ) |
| Defendant. | ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Patricia L Cohen, addressing Defendant's *pro se* "Motion for Abatement" [Doc. No. 27] and Defendant's *pro se* "First Amendment [sic] Petition for Abatement" [Doc. No. 47]. In her May 13, 2021 Report and Recommendation, Judge Cohen recommended that the Defendant's motions be denied. Defendant has filed a written objection to this recommendation. For the reasons set forth below, the Court adopts Judge Cohen's recommendation.

**LEGAL STANDARD**

When a party objects to the magistrate judge's report and recommendation, the Court must conduct a *de novo* review of the portions of the report, findings, or recommendations to which the party objected. See *United States v. Lothridge*, 324 F.3d 599, 600 (8th Cir. 2003) (citing 28 U.S.C. § 636(b)(1)(A)). Where it has been

shown that the magistrate judge's order is clearly erroneous or contrary to law, the Court may reconsider the matter. 28 U.S.C. §636(b)(1)(A). Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court reviews the findings of the magistrate *de novo*. The Court has reviewed the entire record for this purpose.

## DISCUSSION

In her Report and Recommendation, Judge Cohen addresses Defendant's claim to be a sovereign citizen, in which Defendant claims to not be subject to the Court's jurisdiction.  Judge Cohen thoroughly discusses this claim and relies on previous authority of various courts to conclude Defendant's claims are baseless and completely without merit.  The law discussed in the Report and Recommendation specifically rejects Defendant's claims.  Defendant has presented no authority to overcome the well-articulated and reasoned conclusions of Judge Cohen.  Defendant's objections are overruled.

## Conclusion

Judge Cohen's conclusions are based on sound legal analysis. The Court agrees with Judge Cohen's conclusions in their entirety. The Recommendation is adopted *in toto*.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's *pro se* "Motion for Abatement" [Doc. No. 27] and Defendant's *pro se* "First Amendment [sic] Petition for Abatement" [Doc. No. 47], are **DENIED**.

Dated this 23rd day of July, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE